**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT  DESIGNATED  FOR  PUBLICATION

Michael W. Withers
Camp - D -  Eagle - 4 DOC No. 292464
Louisiana State Penitentiary
Angola LA 70712

| |
|---|
| Judgment on rehearing rendered and mailed to all parties or counsel of record on July 8, 2020 |

## REHEARING ACTION: July 8, 2020

**Docket Number: 19   00053-KH**

**STATE OF LOUISIANA**
**VERSUS**
**MICHAEL W. WITHERS**

**Writ Application from Calcasieu Parish Case No. 5736-99**

<u>**BEFORE JUDGES**</u>**:**

    **Hon. John D. Saunders**
    **Hon. Phyllis M. Keaty**
    **Hon. Candyce G. Perret**

As counsel of record in the captioned case, you are hereby notified that the ruling on the

application for rehearing filed by **Michael W. Withers** is:

    **REHEARING DENIED**.  Uniform Rules—Courts of Appeal, Rule 2-18.7.

cc: John Foster DeRosier, Counsel for  the Respondent